FILED
SAMPLE #2
DEC 26 2018
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ___KMT___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Barbara D. Tillman )
Plaintiff(s) )
)           CIV-18-1254
vs. )           CASE NO. _____
)
Department of Veteran Affairs )
Kristopher W. Host Vosich )
Director    Defendant(s) )

## COMPLAINT

- On April 6, 2016, The Utilization Coordinator threatened to have my to medical restrictions changed. The Utilization Coordinator assigned me to perform duties in an area that was against my restriction and left me their for 4 hours. the area was unsafe. — Barbara D. Tillman — 8800 S. Drexel Ave #1303 — OKC 73159 — 405-924-7178.

- On April 27, 2016, The Utilization Coordinator and Nurse Recruiter pressured me to escort a new hire around after they were notified of my pain. Management subjected me to a hostile environment in the presence of my peers/co-workers. Then apologized to co-worker and demand for me to go to her office. — Barbara D. Tillman, 8800 S. Drexel Ave #1303 — OKC, 73159 — 405-924-7178

- On April 27, 2016, I felt threatened when Utilization Coordinator spoke loudly to me in the presence of my co-worker stating, "either follow the order to escort the new hire or go home." The she threatened to write a disciplinary action on me for insubordination if I didn't do what I was told. Barbara Tillman — 8800 S. Drexel Ave #1303, OKC 73159 — 405-924-7178

- On May 5, 2016 I voiced a concern regarding A magnetic display I had to look at and not allowed to cover because I found it to be very offensive. Which I was punished, my work space was moved to the corner of management break room for display — Barbara D. Tillman 8800 S. Drexel Ave #1303, OKC 73159; 405-924-7178

- On May 18, 2016, The Utilization Coordinator threatened to assign me to a vacant unsafe locked unit to monitor broken equipment. It was to be an assignment for a couple of months. There hasn't been any to do that before in the hospital. Seem to be some type of bullying and isolation from management. There was no contact with other and No computer it was very unsafe to lock employee in a closet. A form of punishment. Barbara D. Tillman — 8800 S. Drexel Ave #1303 — Oklahoma City OK 73159
405-924-7178

NOTE: Your signature, address and phone number *must* appear at the end of each pleading.